*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BG-506**

IN RE ANDREW RYAN CORCORAN,

                                         **DDN2022-D053**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 988895**

BEFORE: Easterly and Howard, Associate Judges, and Fisher, Senior Judge.

## O R D E R
(FILED—September 22, 2022)

On consideration of the certified order from the state of Maryland suspending respondent from the practice of law in that jurisdiction indefinitely by consent with the right to petition for reinstatement in eighteen months; this court's July 29, 2022, order suspending respondent pending final disposition of this proceeding and directing him to show cause why reciprocal discipline of an eighteen-month suspension with reinstatement conditioned upon a fitness requirement should not be imposed; respondent's D.C. Bar XI, § 14(g) affidavit filed on August 10, 2022; and the statement of Disciplinary Counsel; and it appearing that respondent did not file a response to the order to show cause, it is

ORDERED that Andrew Ryan Corcoran is hereby suspended from the practice of law in the District of Columbia, nunc pro tunc to July 29, 2022, for a period of eighteen months with reinstatement contingent on a showing of fitness. *See In re Sibley*, 990 A.2d 483, 487 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate); *In re Zdravkovich*, 831 A.2d 964, 970 (D.C. 2003) (explaining that when the original jurisdiction imposes indefinite suspension with the right to apply for reinstatement after a minimum period of time, it is the

functional equivalent of a suspension for the length of time before the right to reapply is allowed plus a fitness requirement).

**PER CURIAM**